IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 07-423-TUC-JMR-(JCG) |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| ERASMO OLIVAREZ-MORENO, | ) | |
| | ) | |
| Defendant. | ) | |

The District Court, having independently reviewed the pleadings in the court file in this matter and the Magistrate Judge's Report and Recommendation, and objections having been filed by counsel of record,

**IT IS ORDERED** that the District Court **ADOPTS** the Magistrate Judge's report and recommendation dated January 18, 2008; and overrules Defendant's objection.

**IT IS FURTHER ORDERED** that Motion to Dismiss is DENIED.

This case remains set for trial on April 8, 2008.

DATED this 22nd day of February, 2008.

_____
John M. Roll
Chief United States District Judge